No. 68. W. S. KEEL, JR., ET AL., APPELLANTS, *v.* E. E. DOUVILLE. Appeal from the Circuit Court of the United States for the Southern District of Mississippi. Argued October 29 and 30, 1906. Decided November 5, 1906. *Per Curiam.* Dismissed for the want of jurisdiction, on the authority of *Cornell* v. *Green,* 163 U. S. 75, and cases cited. *Mr. Wm. R. Harper, Mr. D. W. Harper* and *Mr. E. M. Barber* for appellants. *Mr. Walter J. Gex* and *Mr. E. J. Bowers* for appellee.

---

No. 392. J. G. RAWLINS, APPELLANT, *v.* J. F. PASSMORE, SHERIFF OF LOWNDES COUNTY, GA. Appeal from the District Court of the United States for the Southern District of Georgia. Argued for appellant and submitted for appellee October 29, 1906. Decided November 5, 1906. *Per Curiam.* Final order affirmed with costs. *Rawlins* v. *Georgia,* 201 U. S. 638; *S. C.,* 52 S. E. Rep. 1; *Craemer* v. *Washington,* 168 U. S. 124, 128, 129. *Mr. John Randolph Cooper* for appellant. *Mr. John C. Hart* and *Mr. W. E. Thomas* for appellee.